**RECEIVED**
JUN 9 2023
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
_____ DIVISION

Isis Rudolph
(Enter Above the Name of the Plaintiff in this Action)

2:23 CV 1 8 9 3

vs.

Mike Green / Green Quarters LLC.
(Enter above the name of the Defendant in this Action)

JUDGE MARBLEY

MAGISTRATE JUDGE VASCURA

If there are additional Defendants, please list them:
_____
_____
_____
_____

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Isis Rudolph
Name - Full Name Please - PRINT

1064 ½ Parsons Ave
Street Address

Columbus OH 43206
City, State and Zip Code

614·565·8358 or 380·215·7876
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. __Mryne Green   Green Quarters LLC__
   Name - Full Name Please

   __458 Whittier Street  Columbus OH 43206__
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
  [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
  [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
  [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
  [Other federal status giving the court subject matter jurisdiction.]

__A matter of Federal Question, Eviction 8a__

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>                     <u>Caption</u>

_____    _____ vs. _____

_____    _____ vs. _____

_____    _____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct. Executed on this _____ day of _____, 20____.

_____
Signature of Plaintiff

-4-

**2:23 CV 1893**

# In the Supreme Court of Ohio, Southern District

ISIS RUDOLPH

1064 ½ Parsons Ave.

JUDGE MARBLEY

MAGISTRATE JUDGE VASCURA

Columbus OH 43206

VS

GREEN QUARTERS LLC (defendant)

488
~~458~~ Whittier Street

Columbus OH 43206

COMPLAINT FOR DISABILITY DISCRIMINATION IN VIOLATION OF THE FEDERAL FAIR HOUSING ACT, HARASSMENT AND RETALIATION.

Plaintiff, ISIS RUDOLPH, hereby files this complaint against Defendant, GREEN QUARTERS LLC, and alleges as follows:

1. Plaintiff is a resident of 1064 Parsons Ave, Columbus Ohio 43206, which is owned and managed by Defendant.

2. The Plaintiff in this case is Isis Rudolph, a person with a known disability, as defined by the Americans with Disabilities Act. (ADA)

3. Defendant has violated the Federal Fair Housing Act of 1968, the Americans with Disabilities Act, ORC §4112.02 Civil Rights Definitions, , Columbus City Code §2331.17 Prohibition Against Disability Discrimination and Section 504 of the Rehabilitation act of 1973 by discriminating against Plaintiff on the basis of her Disability regarding housing and the ability to rent.

4. Defendant has engaged in Harassment of the plaintiff in violation of the Federal Fair Housing Act of 1968 and the Civil Rights Act of 1964, The Fair Housing Ordinance, The Disability Housing Law, The, Source of Income laws and the Columbus Human Rights Ordinance by being harassing in pursuit of eviction of a known disabled tenant and by repeatedly threatening and harassing Plaintiff with eviction notices and making discriminatory comments about her disability.

5. Defendant has further engaged in unlawful retaliation against Plaintiff, in violation of The Fair housing Act, The Ohio Landlord – Tenant Act, the ORC §5321.02 Prohibition of Retaliatory Conduct, Columbus City Code 2323.12,

Retaliation by landlord Prohibited, Columbus City Code 2323.12 Retaliation by landlord prohibited and the Americans with Disabilities Act.

by refusing to provide her with a trash can, and moving a trash placed by the city after she requested one, and by making it difficult for her to renew her lease.

6. Defendant's actions have caused Plaintiff to suffer emotional distress, embarrassment, and financial hardship.

7. Plaintiff seeks relief in the form of compensatory damages, punitive damages, injunctive relief, and attorney's fees and costs.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendant, GREEN QUARTERS LLC, and award her damages, attorney's fees, and costs, and grant such other relief as the Court deems just and proper.

DATED: [6/5/2023] [*isis Rudolph*]

+