IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ISIS RUDOLPH, | : | |
| | : | Case No. 2:23-cv-1893 |
| **Plaintiff,** | : | |
| | : | **CHIEF JUDGE MARBLEY** |
| v. | : | |
| | : | Magistrate Judge Vascura |
| MICHAEL GREEN, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

On July 10, 2023, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 4) recommending that this Court dismiss Plaintiff's *pro se* Complaint (ECF No. 3) pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1). The Magistrate Judge found that Plaintiff's Complaint contained threadbare allegations failing either to state a claim under any of the federal statutes that it invoked or "to plausibly allege facts upon which the Court could rely to conclude that this Court has original subject-matter jurisdiction over [Plaintiff's] state-law claims." (ECF No. 4 at 6–7).

The Report and Recommendation informed the parties of their right to object within fourteen days. (*Id.* at 7). It also specifically advised the parties of the rights they would waive by failing to object, including the right to *de novo* review by the District Judge. (*Id.* at 8). No objections have been filed, and the deadline lapsed on July 24, 2023.

This Court hereby **ADOPTS** the Report and Recommendation based on its independent consideration of the analysis therein. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1) for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: August 3, 2023**