**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| ISIS RUDOLPH, | Case No. 2:23-cv-1893 |
| Plaintiff, | |
| v. | CHIEF JUDGE MARBLEY |
| | Magistrate Judge Vascura |
| MICHAEL GREEN, *et al.*, | |
| Defendants. | |

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the August 3, 2023 Order, the Court ADOPTED the Report and Recommendation, this case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1) for failure to state a claim upon which relief may be granted.
> .

**Date:  August 3, 2023**         **Richard W. Nagel, Clerk**

         s/Diane M. Stash
       Diane M. Stash/Deputy Clerk